UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

ANGELA SHELTON,
on behalf of plaintiff and a class,

                Plaintiff

v.                                        Civil No. 1:17-cv-00808-ENV-LB

CIOX HEALTH, LLC,

                Defendant.
_____

# CIOX'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant CIOX Health, LLC ("CIOX") makes the following disclosure: CIOX is a non-governmental, Georgia limited liability company. Smart Holdings Corp., a Delaware corporation, is CIOX's sole member.

Dated: New York, New York
        July 10, 2017

                                      **HODGSON RUSS LLP**
                                      *Attorneys for Defendant CIOX Health, LLC*

                                      By          s/Erin N. Teske
                                                   Erin N. Teske
                                      1540 Broadway, 24th Floor
                                      New York, New York  10036
                                      Telephone:  (212) 751-4300
                                      *eteske@hodgsonruss.com*

                                      Jodyann Galvin
                                      Aaron M. Saykin
                                      The Guaranty Building
                                      140 Pearl Street, Suite 100
                                      Buffalo, NY  14202-4040
                                      Telephone:  (716) 856-4000
                                      *jgalvin@hodgsonruss.com*
                                      *asaykin@hodgsonruss.com*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2017, I served CIOX's Rule 7.1 Disclosure Statement, by ECF, on the following:

Abraham Kleinman, Esq., attorney for plaintiff
akleinman@kleinmanllc.com

Tiffany N. Hardy, Esq., attorney for plaintiff
thardy@edcombs.com

      s/Erin N. Teske
Erin N. Teske