UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ANGELA SHELTON,
*on behalf of plaintiff and a class*,

                              Plaintiff,

                                                        JUDGMENT
                                                        17-CV-00808 (ENV)(LB)

               v.

CIOX HEALTH, LLC,

                              Defendant.
------------------------------------------------------------ X

        A Memorandum and Opinion of Honorable Eric N. Vitaliano, United States District Judge, having been filed on July 20, 2018, granting Defendant's motion to dismiss in its entirety; it is

        ORDERED and ADJUDGED that Defendant's motion to dismiss is granted in its entirety; and that this case is closed.

Dated: Brooklyn, NY                                                 Douglas C. Palmer
July 23, 2018                                                        Clerk of Court

                                                           By:     /s/*Jalitza Poveda*
                                                                       Deputy Clerk